UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 16  P 12: 40

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER SYM | : | CIVIL ACTION CASE NO. |
| | : | 303 CV 00932 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | October 14, 2003 |
| | : | |
| ATLAS FENCE COMPANY | : | |
| D.B.A. ATLAS OUTDOOR | : | |
| | : | |
| Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, FILED SEPTEMBER 29, 2003**

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Peter Sym, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests that this Court allow Plaintiff a thirty (30) day enlargement of time, up to and including November 19, 2003, within which to file a Memorandum in Opposition to Defendant's Motion to Dismiss, filed September 29, 2003. In support thereof, Plaintiff represents as follows:

1. Plaintiff commenced this action on May 23, 2003.

2. Defendant filed a Motion to Dismiss on September 29, 2003.

3. In exercise of proper and reasonable due diligence, Plaintiff requests an additional thirty days to answer or otherwise respond to the Defendant's Motion to Dismiss.

4. Plaintiff does not believe that this request will unduly hinder the administration of this case.

5.  Pursuant to Rule 9(b)(2) of the Local Rules of Civil Procedure, counsel for Plaintiff has inquired of counsel for Defendant, who is in agreement with this request.

6.  This is the first request for an enlargement of time with respect to this matter.

>    The Plaintiff,
>    Peter Sym
>
>    By: _____
>    Eugene N. Axelrod (CT00309)
>    The Employment Law Group, LLC
>    8 Lunar Drive
>    Woodbridge, CT 06525

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to:

Michael P. Devlin, Esq.
Thomas A. Carroll, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

10/14/03
Date

Melissa Todd
Commissioner of the Superior Court

3