#13

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

2003 OCT 16   P 12: 40

*************************************************

| | | |
|---|---|---|
| PETER SYM | : | CIVIL ACTION CASE NO. |
| | : | 303 CV 00932 (SRU) |
| Plaintiff, | : | |
| | : | |
| V. | : | October 14, 2003 |
| | : | |
| ATLAS FENCE COMPANY | : | |
| D.B.A. ATLAS OUTDOOR | : | |
| | : | |
| Defendant. | : | |
| | : | |

*************************************************

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, FILED SEPTEMBER 29, 2003

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Peter Sym, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests that this Court allow Plaintiff a thirty (30) day enlargement of time, up to and including November 19, 2003, within which to file a Memorandum in Opposition to Defendant's Motion to Dismiss, filed September 29, 2003.  In support thereof, Plaintiff represents as follows:

1.  Plaintiff commenced this action on May 23, 2003.

2.  Defendant filed a Motion to Dismiss on September 29, 2003.

3.  In exercise of proper and reasonable due diligence, Plaintiff requests an additional thirty days to answer or otherwise respond to the Defendant's Motion to Dismiss.

4.  Plaintiff does not believe that this request will unduly hinder the administration of this case.

GRANTED; ABSENT OBJECTION.

SO ORDERED.

Stefan R. Underhill, U.S.D.J.