UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PETER SYM | CIVIL ACTION CASE NO. |
| Plaintiff, | 303 CV 00932 (SRU) |
| V. | November 17, 2003 |
| ATLAS FENCE COMPANY D.B.A. ATLAS OUTDOOR | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, FILED SEPTEMBER 29, 2003**

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Peter Sym, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests that this Court allow Plaintiff a fourteen (14) day enlargement of time, up to and including December 3, 2003, within which to file a Memorandum in Opposition to Defendant's Motion to Dismiss, filed September 29, 2003. In support thereof, Plaintiff represents as follows:

1. Plaintiff commenced this action on May 23, 2003.

2. Defendant filed a Motion to Dismiss on September 29, 2003.

3. Plaintiff is in the final stages of completing his Opposition to the Motion to Dismiss, and requests a brief period of time in which to respond to the Defendant's Motion to Dismiss.

4. Plaintiff does not believe that this request will unduly hinder the administration of this case.

5. Pursuant to Rule 9(b)(2) of the Local Rules of Civil Procedure, counsel for Plaintiff has inquired of counsel for Defendant, who has not responded as to whether or not he is in agreement to this request.

6. This is the second request for an enlargement of time with respect to this matter.

                                                The Plaintiff,
Peter Sym

By: _____
Eugene N. Axelrod (CT00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
(203) 389-2656

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to:

Michael P. Devlin, Esq.
Thomas A. Carroll, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

11/17/03
Date

Melissa Toddy
Commissioner of the Superior Court

3