UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -1  A 9: 15

| | |
|---|---|
| **PETER SYM**<br>　　**Plaintiff**<br><br>v.<br><br>**ATLAS FENCE COMPANY**<br>**D.B.A. ATLAS OUTDOORS**<br>　　**Defendant** | CIVIL ACTION NO.<br>3:03CV00932 (SRU)<br><br><br>November 26, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, FILED SEPTEMBER 29, 2003

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Peter Sym, by and through his undersigned attorney, Eugene N. Axelrod of the Employment Law Group, LLC, hereby respectfully requests that this Court allow Plaintiff a twenty-one (21) day enlargement of time, up to and including December 24, 2003 within which to file a Memorandum in Opposition to Defendant's Motion to Dismiss, filed September 29, 2003. In support thereof, Plaintiff represents as follows:

1. Plaintiff commenced this action on May 23, 2003.

2. Defendant filed a Motion to Dismiss on September 29, 2003.

3. Plaintiff is in the final stages of completing his Opposition to the Motion to Dismiss, and request a brief period of time in which to respond to the Defendant's Motion to Dismiss.

4. The attorney assisting in the research and preparation of the Answer to the Motion to Dismiss for this case, Melissa Toddy, recently suffered the death of her father, resulting in her having to immediately go to Pennsylvania to be with her family.

5. Plaintiff does not believe that this request will unduly hinder the administration of this case.

6. Pursuant to Rule 9(b)(2) of the Local Rules of Civil Procedure, counsel for the Plaintiff has inquired of counsel for the Defendant, who has not responded as to whether or not he is in agreement to this request.

7. This is the third request for an enlargement of time with respect to this matter.

> The Plaintiff,
> Peter Sym
>
> By: _____
> Eugene N. Axelrod (ct 00309)
> The Employment Law Group, LLC
> 8 Lunar Drive
> Woodbridge CT
> Tel: (203) 389-6526
> Fax: (203) 389-2656

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage pre-paid this 26th day of November 2003 to:

Michael P. Devlin, Esq.
Thomas A. Carroll, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

                                                  Eugene N. Axelrod