#17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| PETER SYM<br>Plaintiff | |
| v. | CIVIL ACTION NO.<br>3:03CV00932 (SRU) |
| ATLAS FENCE COMPANY<br>D.B.A. ATLAS OUTDOORS<br>Defendant | November 26, 2003 |

2003 DEC -1 A 9: 15

## PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, FILED SEPTEMBER 29, 2003

Pursuant to Fed. R. Civ. P. 6(b), the Plaintiff, Peter Sym, by and through his undersigned attorney, Eugene N. Axelrod of the Employment Law Group, LLC, hereby respectfully requests that this Court allow Plaintiff a twenty-one (21) day enlargement of time, up to and including December 24, 2003 within which to file a Memorandum in Opposition to Defendant's Motion to Dismiss, filed September 29, 2003. In support thereof, Plaintiff represents as follows:

1. Plaintiff commenced this action on May 23, 2003.

2. Defendant filed a Motion to Dismiss on September 29, 2003.

3. Plaintiff is in the final stages of completing his Opposition to the Motion to Dismiss, and request a brief period of time in which to respond to the Defendant's Motion to Dismiss.

4. The attorney assisting in the research and preparation of the Answer to the Motion to Dismiss for this case, Melissa Toddy, recently suffered the death of her father, resulting in her having to immediately go to Pennsylvania to be with her family.

MOTION GRANTED.
SO ORDERED. 12/4/03