UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER SYM, | : | CIVIL ACTION NO.: |
| | : | 3:03 CV 00932(SRU) |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| ATLAS FENCE d.b.a. | : | |
| ATLAS OUTDOOR, | : | |
| | : | |
| DEFENDANT. | : | December 23, 2003 |

## PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT

The Plaintiff, Peter Sym, respectfully requests, pursuant to Fed. R. Civ. P. 15(a),

that this Court grant leave to amend the complaint in this matter in accordance with the

appended amended complaint.  In support thereof, the Plaintiff has attached a

memorandum of law in support of leave to amend complaint.

The Plaintiff,
Peter Sym

By: _____
Eugene N. Axelrod (CT00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT  06525
(203) 389-6526
(203) 389-2656

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to:

Michael P. Devlin, Esq.
Thomas A. Carroll, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT  06460

12/23/03
Date

Melissa Toddy
Commissioner of the Superior Court