**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 JAN 16 P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PETER SYM | CIVIL ACTION CASE NO. |
| | 303 CV 00932 SRU |
| Plaintiff, | |
| V. | JANUARY 8, 2004 |
| ATLAS FENCE COMPANY | |
| D.B.A. ATLAS OUTDOOR | |
| | FEDERAL BAR NO. CT04095 |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION

The Defendant, denominated ATLAS FENCE COMPANY d.b.a. ATLAS OUTDOOR in the above-entitled action, respectfully requests that the Court grant a thirty (30) day extension of time, from January 8, 2004 to February 7, 2004 within which to respond to Plaintiff's First Set of Interrogatories and Request for Production dated December 8, 2003. The additional time is needed to more fully investigate the issues involved. We have been unable to confer adequately with our clients over the holiday season.

ORAL ARGUMENT NOT REQUESTED

1

Pursuant to Rule 9(b)(2) of the Local Rules of Civil Procedure, counsel for the Defendant has conferred with Counsel for the Plaintiff, who has no objection to this request.

This is the Defendant ATLAS FENCE COMPANY's first request for an extension of time with respect to this time limitation.

WHEREFORE, the Defendant ATLAS FENCE COMPANY requests that the deadline within which it may respond to Plaintiff's First Set of Interrogatories and Request for Production be extended up to and including February 7, 2004.

THE DEFENDANT

By: _____
MICHAEL P. DEVLIN, ESQ.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, Connecticut 06460
(203) 783-1200
Federal Bar No. Ct 04095

2

## CERTIFICATION

This is to certify that a copy of the foregoing motion for extension of time to respond to the Plaintiff's Interrogatories and Production Requests was mailed this date, first class mail, postage prepaid, to the following:

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT  06525

MICHAEL P. DEVLIN, ESQ.