FILED

UNITED STATES DISTRICT COURT

2003 SEP 29 A 10: 32

DISTRICT OF CONNECTICUT
US DISTRICT COURT
BRIDGEPORT CT

```
*******************************
                              :
PETER SYM                     :     CIVIL ACTION CASE NO.
               Plaintiff,     :     303CV00932 (SRU)
                              :
                              :
V.                            :     September 26, 2003
                              :
ATLAS FENCE, d.b.a.           :
ATLAS OUTDOOR                 :     Federal Bar No.: CT04095
                              :                      CT23405
               Defendant.     :
                              :
*******************************
```

DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed.R.Civ.P.12(b)(6) the Defendant Atlas Fence, d.b.a Atlas Outdoor moves to dismiss: **count one** as it pertains to violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"); **count three** for violation of Conn. Gen. Stat. Sec. 46a-60(a)(4); **count four** for breach of implied contract; **count five** for breach of implied covenant of good faith and fair dealing; **count six** for promissory estoppel; **count seven** for negligent misrepresentation; and **count eight** for wrongful discharge on the grounds that said counts fail to state claims under which relief may be granted.

[Handwritten margin note: Denied without prejudice as moot in light of plaintiff's filing of the Amended Complaint. So ordered. (signature) 2/12/04]

1