*#1a*

*03CV932 MAMDCMPL*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER SYM, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 00932(SRU) |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| ATLAS FENCE d.b.a. | : | |
| ATLAS OUTDOOR, | : | |
| | : | |
| DEFENDANT. | : | December 23, 2003 |

**PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT**

The Plaintiff, Peter Sym, respectfully requests, pursuant to Fed. R. Civ. P. 15(a), that this Court grant leave to amend the complaint in this matter in accordance with the appended amended complaint. In support thereof, the Plaintiff has attached a memorandum of law in support of leave to amend complaint.

The Plaintiff,
Peter Sym

By: _____
Eugene N. Axelrod (CT00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
(203) 389-2656

*Granted. The clerk shall docket the Amended complaint. So ordered. [signature] 2/12/04*

*FILED 2004 FEB 13 P 2:41*