UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| PETER SYM : | 2005 MAR -7 P 1:48 |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3:03CV00932 (SRU) US DISTRICT COURT |
| : | BRIDGEPORT, CONN |
| ATLAS FENCE COMPANY : | |
| D.B.A. ATLAS OUTDOOR : | |
|     Defendant : | MARCH 3, 2005 |

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Peter Sym, respectfully moves for the Court to enter a judgment of voluntary dismissal in the above captioned case. Plaintiff no longer wishes to pursue his claim against the Defendant in this matter. A memorandum of law dated March 3, 2005 accompanies this motion along with a letter from the Plaintiff, Peter Sym, dated February 28, 2005 as Exhibit A.

Respectfully Submitted,

_____
Eugene N. Axelrod (ct 00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT
Tel: (203) 389-6526
Fax: (203) 389-2656

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to:

Michael P. Devlin, Esq.
Thomas A. Carroll, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

3/5/05
Date

Eugene N. Axelrod
Commissioner of the Superior Court